**TAYLOR v. NATIONSBANK CORP.**

[347 N.C. 388 (1997)]

*Kouneski; Robert and Laura Shrewsbury; Investors Title Ins. Co.; Michael Lopazanski; Suzanne Lazorick; and Michael Levine.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

———————

JOSEPH McKINLEY BRYAN TAYLOR, INDIVIDUALLY, AND AS GUARDIAN AD LITEM OF JOSEPH McKINLEY BRYAN TAYLOR, JR., AND MARTHA CAROLINE McKELLAR TAYLOR, MINORS; AND MARY PRICE TAYLOR, INDIVIDUALLY v. NATIONSBANK CORPORATION, FORMERLY N.C.N.B. NATIONAL BANK OF NORTH CAROLINA; E.S. MELVIN; AND CAROLE W. FEE BRUCE, TRUSTEES

No. 161PA97

(Filed 5 December 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 125 N.C. App. 515, 481 S.E.2d 358 (1997), affirming a judgment entered by Rousseau, J., on 3 June 1996 in Superior Court, Guilford County. Heard in the Supreme Court 18 November 1997.

*Tharrington Smith, L.L.P., by Wade M. Smith, Roger W. Smith, and Randall M. Roden, for plaintiff-appellees.*

*Smith Helms Mulliss & Moore, L.L.P., by James G. Exum, Jr., Larry B. Sitton, and Robert R. Marcus, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice FRYE did not participate in the consideration or decision of this case.